IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00334-ZLW

ALEX HERRERA,

        Plaintiff,

v.

JOE ORTIZ, Director, CO DOC,
KATHY HOLST, Head of Medical, CO DOC,
TED FERGUSON, President, CCA,
HEAD OF MEDICAL, CCA,
HOYT BRILL, Warden, KCCF (a CCA facility),
HEAD OF MEDICAL, KCCF,
DICK SMELSER, Warden, CCCF (a CCA facility), and
JUDY BRIZENDINE, Head of Medical, CCCF,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a letter, which is being treated as a Notice of Appeal, on June 13, 2007. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X    is not submitted
       __    is missing affidavit
       __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
       __    is missing required financial information

    ___ is missing an original signature by the prisoner
    ___ is not on proper form (must use the court's current form)
    ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  19  day of            June           , 2007.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court