
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00334-ZLW

ALEX HERRERA,

    Plaintiff,

v.

JOE ORTIZ, Director, CO DOC,
KATHY HOLST, Head of Medical, CO DOC,
TED FERGUSON, President, CCA,
HEAD OF MEDICAL, CCA,
HOYT BRILL, Warden, KCCF (a CCA facility),
HEAD OF MEDICAL, KCCF,
DICK SMELSER, Warden, CCCF (a CCA facility), and
JUDY BRIZENDINE, Head of Medical, CCCF,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Have the Court Reverse & Rehear Plaintiff's 'Prisoner Complaint' Due to Facts Supporting the Request as the Case Should Not Have Been Dismissed All Together" filed on August 23, 2007, is DENIED for lack of jurisdiction because this action currently is on appeal to the United States Court of Appeals for the Tenth Circuit.

Dated: August 24, 2007

Copies of this Minute Order were mailed on August 24, 2007, to the following:

Alex Herrera
Reg. No. 117027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                        Secretary/Deputy Clerk